George F. Keller, appellant, v. August W. Gorke et al., appellees. Gen. No. 39,167.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Byron C. Thorpe and Robert W. Dunn, for appellant. Joseph B. Alexander and Jerome J. Friedman, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Joseph Palozzola, administrator of estate of Joseph Monaco, deceased, appellee, v. Peter Fee et al. Appeal of Peter Fee, appellant. Gen. No. 39,175.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Daniel L. Madden, for appellant; Aaron R. Eppstein, of counsel. Francis D. McGuire and Nicholas J. Matkovic, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

J. A. Burgess, trading as J. A. Burgess and Company, appellee, v. Charles Rudolph, appellant. Gen. No. 39,199.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937.

Eugene Stewart, for appellant; David S. Eisendrath, of counsel. Howard E. De Long, for appellee; E. C. Frank Meier, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Lottie Vernon, appellee, v. Ethel Small, appellant. Gen. No. 39,296.

Heard in the third division of this court for the first district at the December term, 1936. Opinion filed June 30, 1937.

John A. Bloomingston, for appellant. Loesch, Scofield, Loesch & Burke, L. B. McMillen and Price Janson, for appellee; Clement L. Harrell, of counsel.

Mr. Justice Hebel delivered the opinion of the court.